IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIN STOVALL,<br><br>          Plaintiff,<br><br>    v.<br><br>NEW JERSEY MANUFACTURERS<br>INSURANCE COMPANY,<br><br>          Defendant. | CIVIL ACTION<br>NO. 25-2113 |
| AMIN STOVALL,<br><br>          Plaintiff,<br><br>    v.<br><br>NEW JERSEY MANUFACTURERS<br>INSURANCE COMPANY,<br><br>          Defendant. | CIVIL ACTION<br>No. 25-2114 |

## ORDER

**AND NOW**, this 1st day of August 2025, upon consideration of Plaintiff's Motions to Remand (Civ. No. 25-2113, Doc. No. 10; Civ. No. 25-2114, Doc. No. 9) and Defendant's Responses in Opposition (Civ. No. 25-2113, Doc. No. 11; Civ. No. 25-2114, Doc. No. 10), it is **ORDERED** as follows:

1. Plaintiff's Motion to Remand in Civ. Action No. 25-2113 (Doc. No. 10) is **DENIED**.

2. Plaintiff's Motion to Remand in Civ. Action No. 25-2114 (Doc. No. 9) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1